1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   Mail: 8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com

6  Attorneys for Plaintiff, JOSE ESTRADA

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA

9  JOSE ESTRADA                    ) Case No.: 2:20-CV-09791-JAK-E
                                   )
10         Plaintiff,              ) **NOTICE OF SETTLEMENT AND**
                                   ) **REQUEST TO VACATE ALL**
11     v.                          ) **CURRENTLY SET DATES**
                                   )
12 9721 KLINGERMAN LLC, a California )
   Limited Liability Company;      )
13 GOT HOBBY INC., a California    )
   Corporation                     )
14                                 )
           Defendants.              )
15

16     The plaintiff hereby notifies the court that a provisional settlement has been
17 reached in the above-captioned case. The Parties would like to avoid any additional
18 expense while they focus efforts on finalizing the terms of the settlement and reducing it
19 to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all
20 currently set dates with the expectation that the settlement will be consummated within
21 the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice
22 as to all parties to be filed.

                              CENTER FOR DISABILITY ACCESS

24 Dated: November 15, 2020    By: /s/ Amanda Seabock
                                   Amanda Seabock
25                                 Attorney for Plaintiff

Notice of Settlement            -1-            2:20-CV-09791-JAK-E